W1-5715-352872-320060MLD122985   Reprint from data=2005/12/05 of W(F)0-121-5715-352872-320060MLD122985

American Express
PO Box 297874
Ft Lauderdale, FL 33329

December 03, 2003

SAMUEL A BERRY
666 Darrell Street
COSTA MESA CA   92627-2404

Re: Card Account # 3713332072320006

Dear Cardmember,

We want to provide you with an updated copy of the agreement associated with your card account with American Express, which I encourage you to read and retain. If there are Additional Cardmembers on your account, these agreements are also applicable to their use of the account.

The enclosed agreements do not change any of the rates, or the amount of any fees, that are currently applicable. For example, any of the fees and Cash Advance rates set forth in the enclosed agreements are the same fees and rates that already apply to your account. With respect to Purchases, the APR and periodic rate set forth in the enclosed agreements are rates that have applied in the past to your account. If we notified you in writing prior to today that your Purchase rates were changing, then your correct Purchase rates are the rates we identified for you in that change-in-terms notice.

We have revised and restated the agreements, making a number of changes throughout. These enclosed revisions supersede and replace your existing agreements, except as specifically noted in this letter. For example, we have added a new section called Assignment of Claims. Additionally, Cardmembers having California billing addresses will no longer be excluded from the coverage of the section called Arbitration.

If you have any questions please call the toll free number shown on your statement or on the back of your card. On behalf of all my colleagues, we thank you for carrying a card from American Express and look forward to serving you in the future.

Sincerely,

*[signature]*

Alfred F. Kelly, Jr.
Group President
Consumer and Small Business Services
Member Since 1981

AMEX 0065

685656   O1CSBAIN

**Mr. David Lee**
**65 Lancaster Ave**
**Kentfield, CA 94904-1604**

November 30, 2006

**Certified Mail, Return Receipt Requested**
**Article Number 7006-2760-0002-7278-3740**

Mr. Kenneth I. Chenault
Chairman & C.E.O.
American Express Travel Related Services Company, Inc.
200 Vesey Street
New York, NY 10285-4601

Dear Mr. Chenault:

    I recently purchased an American Express travelers cheque card, a "Be My Guest" dining card, and an American Express Gift card. The terms and conditions for each of these cards contain an arbitration provision which appears to be unconscionable and otherwise violates California and federal law and, hence, is unenforceable and invalid. I find the inclusion of such an arbitration provision to be unacceptable.

    Thus, this letter is a demand, made under California Civil Code Section 1782, that the American Express Travel Related Services Company, Inc. (including any and all of its affiliates and subsidiaries) "correct, repair, replace, or otherwise rectify the goods or services" which I believe violate California Civil Code Section 1770(a)(19) which makes it illegal to "insert[] an unconscionable provision in the contract." That provision was obviously designed to deprive me of my access to legal remedies including, but not limited to, injunctive relief and class actions. Please remove it from the terms and conditions relative to the use of these cards, under the purported authority to unilaterally make changes therein to the terms and conditions of these cards.

    This demand is made on behalf of me personally, and on behalf of a class of others similarly situated.

    I look forward to hearing from you in writing, concerning this letter.

                                            Very truly yours,

                                            David Lee

**Mr. David Lee**
**65 Lancaster Ave**
**Kentfield, CA 94904-1604**

November 30, 2006

**Certified Mail, Return Receipt Requested**
**Article Number 7006-2760-0002-7278-3757**

Mr. David E. Poulsen
President & C.E.O.
American Express Centurion Bank
200 Vesey Street
New York, NY 10285-4601

Dear Mr. Poulsen:

     I recently purchased an American Express travelers cheque card, a "Be My Guest" dining card, and an American Express Gift card. The terms and conditions for each of these cards contain an arbitration provision which appears to be unconscionable and otherwise violates California and federal law and, hence, is unenforceable and invalid. I find the inclusion of such an arbitration provision to be unacceptable.

     Thus, this letter is a demand, made under California Civil Code Section 1782, that the American Express Centurion Bank (including any and all of its affiliates and subsidiaries) "correct, repair, replace, or otherwise rectify the goods or services" which I believe violate California Civil Code Section 1770(a)(19) which makes it illegal to "insert[] an unconscionable provision in the contract." That provision was obviously designed to deprive me of my access to legal remedies including, but not limited to, injunctive relief and class actions. Please remove it from the terms and conditions relative to the use of these cards, under the purported authority to unilaterally make changes therein to the terms and conditions of these cards.

     This demand is made on behalf of me personally, and on behalf of a class of others similarly situated.

     I look forward to hearing from you in writing, concerning this letter.

                                   Very truly yours,

                                   David Lee

**Mr. David Lee**
**65 Lancaster Ave**
**Kentfield, CA 94904-1604**

November 30, 2006

**Certified Mail, Return Receipt Requested**
**Article Number 7006-2760-0002-7278-2750**

Mr. Douglas H. Short, III
President & C.E.O.
American Express Bank, FSB
4315 South 2700 West
Salt Lake City, UT 84184-0000

Dear Mr. Short:

    I recently purchased an American Express travelers cheque card, a "Be My Guest" dining card, and an American Express Gift card. The terms and conditions for each of these cards contain an arbitration provision which appears to be unconscionable and otherwise violates California and federal law and, hence, is unenforceable and invalid. I find the inclusion of such an arbitration provision to be unacceptable.

    Thus, this letter is a demand, made under California Civil Code Section 1782, that the American Express Bank, FSB (including any and all of its affiliates and subsidiaries) "correct, repair, replace, or otherwise rectify the goods or services" which I believe violate California Civil Code Section 1770(a)(19) which makes it illegal to "insert[] an unconscionable provision in the contract." That provision was obviously designed to deprive me of my access to legal remedies including, but not limited to, injunctive relief and class actions. Please remove it from the terms and conditions relative to the use of these cards, under the purported authority to unilaterally make changes therein to the terms and conditions of these cards.

    This demand is made on behalf of me personally, and on behalf of a class of others similarly situated.

    I look forward to hearing from you in writing, concerning this letter.

Very truly yours,

*David Lee*

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Robert Feldman   C. Date of Delivery: 7/3/0<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Kenneth I. Chenault<br>200 Vesey Street<br>New York, NY 10285-4601 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2760 0002 7278 3740 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by ( *Printed Name* )  Robert Elam<br>C. Date of Delivery  7/3/07 |
| 1. Article Addressed to:<br><br>David E. Poulsen<br>200 Vesey Street<br>New York, NY 10285-4601 | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>  ☒ Certified Mail   ☐ Express Mail<br>  ☐ Registered      ☐ Return Receipt for Merchandise<br>  ☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>   *(Transfer from service label)* | 7006 2760 0002 7278 3757 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Kevin |
| 1. Article Addressed to:<br><br>Douglas H. Short, III<br>American Express Bank<br>4315 South 2700 West<br>Salt Lake City<br>UT 84184-0000 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[SALT LAKE CITY UT MAIN OFFICE JUL -3 2007 stamp]<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7006 2760 0002 7278 7250 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

Daniel R. Lloyd
P.O. Box 3167
Paso Robles, California 93446

Certified Mail, Return Receipt Requested
Article No. 70060100000285686601

June 26, 2007

Mr. Kenneth I. Chenault
President and C.E.O.
American Express Travel Related
    Services Company, Inc.
200 Vesey Street
New York, New York 10285-4601

Dear Mr. Chenault:

I have had an American Express Platinum card for several years. The terms and conditions for this card contain an arbitration provision which appears to be unconscionable and otherwise violates California and federal law and, hence, is unenforceable and invalid. I find the inclusion of such an arbitration provision to be unacceptable.

Thus, this letter is a demand, made under California Civil Code Section 1782, that American Express Travel Related Services, Inc. (including any and all of its affiliates and subsidiaries) "correct, repair, replace, or otherwise rectify the goods or services" which I believe violate California Civil Code Section 1770(a)(19) which makes it illegal to "insert[] an unconscionable provision in the contract." That provision was obviously designed to deprive me of my access to legal remedies including, but not limited to, injunctive relief and class actions. Please remove it from the Cardmember agreement (terms and conditions) and, under the purported authority contained in the cardmember agreement, modify the provision so that it is not unconscionable or unenforceable..

This demand is made on behalf of me personally, and on behalf of a class of others similarly situated.

I look forward to hearing from you in writing, concerning this letter.

Very truly yours,

Daniel R. Lloyd



Daniel R. Lloyd
P.O. Box 3167
Paso Robles, California 93446

Certified Mail, Return Receipt Requested
Article No. 70060100000285686618

June 28, 2007

Mr. David E. Poulsen
President and C.E.O.
American Express Centurion Bank
200 Vesey Street
New York, New York 10285-4601

Dear Mr. Poulsen:

    I have had an American Express Platinum card for several years. The terms and conditions for this card contain an arbitration provision which appears to be unconscionable and otherwise violates California and federal law and, hence, is unenforceable and invalid. I find the inclusion of such an arbitration provision to be unacceptable.

    Thus, this letter is a demand, made under California Civil Code Section 1782, that American Express Centurion Bank (including any and all of its affiliates and subsidiaries) "correct, repair, replace, or otherwise rectify the goods or services" which I believe violate California Civil Code Section 1770(a)(19) which makes it illegal to "insert[] an unconscionable provision in the contract." That provision was obviously designed to deprive me of my access to legal remedies including, but not limited to, injunctive relief and class actions. Please remove it from the Cardmember agreement (terms and conditions) and, under the purported authority contained in the cardmember agreement, modify the provision so that it is not unconscionable or unenforceable..

    This demand is made on behalf of me personally, and on behalf of a class of others similarly situated.

    I look forward to hearing from you in writing, concerning this letter.

Very truly yours,

*[signature]*
Daniel R. Lloyd



Daniel R. Lloyd<br>
P.O. Box 3167<br>
Paso Robles, California 93446

Certified Mail, Return Receipt Requested
Article No. 70060100000285686625

June 28, 2007

Mr. Douglas H. Short III
President and C.E.O.
American Express Bank FSB
4315 S. 2700 West
Salt Lake City, Utah 84184

Dear Mr. Short:

    I have had an American Express Platinum card for several years. The terms and conditions for this card contain an arbitration provision which appears to be unconscionable and otherwise violates California and federal law and, hence, is unenforceable and invalid. I find the inclusion of such an arbitration provision to be unacceptable.

    Thus, this letter is a demand, made under California Civil Code Section 1782, that American Express Bank FSB (including any and all of its affiliates and subsidiaries) "correct, repair, replace, or otherwise rectify the goods or services" which I believe violate California Civil Code Section 1770(a)(19) which makes it illegal to "insert[] an unconscionable provision in the contract." That provision was obviously designed to deprive me of my access to legal remedies including, but not limited to, injunctive relief and class actions. Please remove it from the Cardmember agreement (terms and conditions) and, under the purported authority contained in the cardmember agreement, modify the provision so that it is not unconscionable or unenforceable..

    This demand is made on behalf of me personally, and on behalf of a class of others similarly situated.

    I look forward to hearing from you in writing, concerning this letter.

Very truly yours,



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature]   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): Robert Feldman   C. Date of Delivery: 7/1/07 |
| 1. Article Addressed to:<br><br>Kenneth I. Chenault<br>Pres/CEO<br>American Express Travel Rel. Services<br>200 Vesey St.<br>New York, New York 10285-4601 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label)   7006 0100 0002 8568 6601 | |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name): Robert Foldma  C. Date of Delivery: 7/1/05<br>D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>David E Poulsen<br>Pres. / CEO<br>American Express Centurion Bank<br>200 Vesey St.<br>NY, NY 10285-4801 | 3. Service Type<br>☒ Certified Mail ☐ Express Mail<br>☐ Registered ☒ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0002 8568 6618 |
| PS Form 3811, February 2004 | Domestic Return Receipt  102595-02-M-1540 |