United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and<br>DANIEL R. LLOYD,<br><br>       Plaintiffs,<br><br>   v.<br><br>AMERICAN EXPRESS TRAVEL<br>RELATED SERVICES, et al.,<br><br>       Defendants.<br>_____/ | Case No. C 07-04765  EDL<br><br>RECUSAL ORDER |

TO ALL PARTIES AND COUNSEL OF RECORD:

This Court recuses itself from hearing this matter. The Clerk shall reassign this matter forthwith to another judge.

IT IS SO ORDERED.

Dated: September 24, 2007

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge