IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, | No. C 07-04765 CRB |
|     Plaintiff, | **Clerk's Notice** |
| v. | |
| AMERICAN EXPRESS TRAVEL RELATED SERVICES, | |
|     Defendant. | |

YOU ARE NOTIFIED THAT the Court has scheduled the initial case management conference for Friday, January 11, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The initial case management scheduling order shall remain the same.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: October 2, 2007                                         FOR THE COURT,

                                                                                           Richard W. Wieking, Clerk

                                                                                           By: _____
                                                                                                   Barbara Espinoza
                                                                                                   Courtroom Deputy

United States District Court
For the Northern District of California