# AFFIDAVIT OF SERVICE

| | |
|---|---|
| DAVID J LEE AND DANIEL R LLOYD | ) Case No.: |
| Plaintiff | ) |
| v. | ) |
| AMERICAN EXPRESS CENTURION BANK | ) |
| Defendant | ) |

STATE OF Utah: COUNTY OF Salt Lake    ss:

I, Adam Robins, being a resident of the State of Utah, and a citizen of the United States of at least 18 years of age at the time of service herein, and not party of or interested in the within action.

I received the within and hereto annexed, Summons and Complaint on September 21, 2007 and served the same upon American Express Centurion Bank a within named party in said article(s) by serving a true copy of said article(s) for the party with Matthew Hale (Person authorized to accept service), a person of suitable age and discretion, at his/her usual place of business office at 4315 S 2700 W, Salt Lake, UT 84184, on September 21, 2007 at 2:27 PM.

I endorse the date and place of service and add my name and official title thereto.

COMMENTS:

Total Charges: $37.50

Attorney Info: Hale and Associates, PO BOX 1951, Newport News, VA 23601

To the best of my knowledge the reciepient is not in the military service of the State of Utah or the United States.
I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Adam Robins
Statewide Process Servers
PO Box 845
West Jordan, UT 84084
(801) 809-4133

Executed on: 9/25/07

Subscribed and sworn to before me, a notary public, on this 25th day of September, 2007.

Notary Public
Jason Jacobson

My Commission Expires: 04-12-09

Notary Public
JASON JACOBSON
7882 S. Goslin Court
West Jordan, UT 84088
My Commission Expires
April 12, 2009
State of Utah

ID: 07-011025    Client Reference: Hale & Associates