1  Matthew S. Hale, Esq.
   HALE & ASSOCIATES
2  Calif. State Bar No. 136690
   45 Rivermont Drive
3  Newport News, VA 23601

4  Mailing Address:
   P.O. Box 1951
5  Newport News, VA 23601

6  Telephone No. (757) 596-1143
   E-Mail: matthale@verizon.net
7
   Attorney for Plaintiff DAVID J. LEE
8
                    **UNITED STATES DISTRICT COURT**
9
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10

11
   DAVID J. LEE, and DANIEL R. LLOYD,    )
12 as individuals and, on behalf of others )   Case No.: C-07-4765 - EDL
   similarly situated,                    )
13                                        )   PROOF OF SERVICE RE:
                                          )   RETURNS OF SERVICE ON
14         Plaintiffs,                    )   SUMMONS & COMPLAINTS
                                          )
15      vs.                               )
                                          )
16                                        )
                                          )
17 AMERICAN EXPRESS TRAVEL               )
   RELATED SERVICES, INC., a New York    )
18 corporation, AMERICAN EXPRESS         )
   CENTURION BANK, a Utah corporation,   )
19 AMERICAN EXPRESS BANK, FSB, a         )
   Utah corporation,  and DOES 1, through )
20 100, inclusive,                        )
                                          )
21                                        )
                                          )
22                                        )
                                          )
23                                       )

24

25

                                        1

**David J. Lee, et al. v. American Express Travel Related Services Co., Inc., et al.**
Proof of Service Re: Returns of Service on Summons & Complaints

On Wednesday, October 3, 2007, I served copies of the Returns of Service relative to service of process of the Summons and Complaints, as well as this Proof of Service, to Mr. Stephen J. Newman, counsel for Defendants American Express Travel Related Services, Inc., American Express Centurion Bank, and American Express Bank, FSB. These documents were sent via First Class U.S. Mail to Mr. Newman at his office at Stroock, Stroock & Lavan, L.L.C. at located at 2029 Century Park East, Los Angeles, CA 90067-3086. In addition, copies of the same were e-mailed to Mr. Newman at snewman@stroock.com.

I declare that the foregoing is true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: October 3, 2007

Respectfully submitted,

By: _____
Matthew S. Hale, Esq.
Counsel for Plaintiffs

**David J. Lee, et al. v. American Express Travel Related Services Co., Inc., et al.**
Proof of Service Re: Returns of Service on Summons & Complaints