STROOCK & STROOCK & LAVAN, L.L.P.
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
2029 Century Park East, Suite 1800
Los Angeles, CA 90067-3086
Telephone (310) 556-5800
Facsimile (310) 566-5959
lacalendar@stroock.com

Attorneys for Defendants

    AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC.
    AMERICAN EXPRESS CENTURION BANK and AMERICAN
    EXPRESS BANK FSB

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation, and DOES 1, through 100, inclusive,<br><br>    Defendants. | Case No.: C-07-4765 CRB<br><br>**CLASS ACTION**<br><br>(Assigned to the Honorable Charles R. Breyer)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Action filed: September 17, 2007 |

1
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT – Case No. C-07-4765 CRB

WHEREAS, this action was filed on September 17, 2007;

WHEREAS, Defendants AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., AMERICAN EXPRESS CENTURION BANK, and AMERICAN EXPRESS BANK, FSB, were served with the Complaint on or about September 21, 2007;

WHEREAS, Plaintiffs have agreed that the time for Defendants to answer or file a motion to dismiss in response to the Plaintiffs' Complaint shall be extended to and including Thursday, October 25, 2007, pursuant to Local Rule 6-1(a);

WHEREAS, Defendants' time to respond has not previously been extended, and;

WHEREAS, this Stipulation has been made in good faith and without purpose of delay;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, that the time for the Defendants to either answer or file their motions to dismiss in response to the Complaint shall be extended to and including Thursday, October 25, 2007.

Defendants shall reserve all defenses to the Complaint, and may respond by either answer or motion to dismiss, to the extent allowable by law.

Dated: October ___, 2007

STROOCK & STROOCK & LAVAN, LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN


By: _____
Stephen J. Newman

Attorney for Defendants

AMERICAN EXPRESS TRAVEL RELATED
SERVICES COMPANY, INC., AMERICAN
EXPRESS CENTURION BANK and
AMERICAN EXPRESS BANK FSB

1
**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT – Case No. C-07-4765 CRB**

Dated: October 4th, 2007

HALE & ASSOCIATES
MATTHEW S. HALE

By: /s/ M. Hale
Matthew S. Hale

Attorney for Plaintiffs

DAVID J. LEE and DANIEL R. LLOYD

October 5, 2007



IT IS SO ORDERED
Judge Charles R. Breyer