STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  AMERICAN EXPRESS TRAVEL RELATED
  SERVICES, INC., AMERICAN EXPRESS
  CENTURION BANK and AMERICAN EXPRESS
  BANK, FSB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>    vs.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation, and DOES 1 through 100, inclusive,<br><br>              Defendants. | **Case No. CV-07-4765  (CRB)**<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>Local Rule 3-16 |

LA 51006726v1

**TO THE COURT AND TO ALL PARTIES:**

Pursuant to Civil Local Rule 3-16, the undersigned, counsel of record for American Express Travel Related Services, Inc., American Express Centurion Bank, and American Express Bank, FSB, certify that the following listed entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. American Express Company.
2. American Express Travel Related Services Company, Inc. The direct parent company of American Express Travel Related Services Company, Inc. is American Express Company.
3. American Express Centurion Bank. The direct parent company of American Express Centurion Bank is American Express Travel Related Services Company, Inc. and the ultimate parent company is American Express Company.
4. American Express Bank, FSB.
5. Berkshire Hathaway Inc. is more than 10% owner of American Express Company.

These representations are made to enable the Court to evaluate possible disqualification or recusal.

LA 51006726v1

| | |
|---|---|
| Dated:  October 25, 2007 | Respectfully submitted, |
| | STROOCK & STROOCK & LAVAN LLP<br>JULIA B. STRICKLAND<br>STEPHEN J. NEWMAN |
| | By:  s/Stephen J. Newman<br>        Stephen J. Newman |
| | Attorneys for Defendants<br>AMERICAN EXPRESS TRAVEL<br>RELATED SERVICES, INC.,<br>AMERICAN EXPRESS<br>CENTURION BANK, and<br>AMERICAN EXPRESS BANK, FSB |

LA 51006726v1