STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND (State Bar No. 083013)
STEPHEN J. NEWMAN (State Bar No. 181570)
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086
Telephone: 310-556-5800
Facsimile: 310-556-5959
lacalendar@stroock.com

Attorneys for Defendants
  AMERICAN EXPRESS TRAVEL RELATED
  SERVICES, INC., AMERICAN EXPRESS
  CENTURION BANK and AMERICAN EXPRESS
  BANK, FSB

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE and DANIEL R. LLOYD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | **Case No. CV-07-4765 (CRB)**<br><br>THE HON. CHARLES R. BREYER<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**<br><br>DATE: November 30, 2007<br>TIME: 10:00 a.m.<br>PLACE: Courtroom 8<br>  19th Floor<br>  450 Golden Gate Ave.<br>  San Francisco, CA 94102 |

LA 51006790v1

[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

1  The Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (the "Motion") filed by defendants ("Defendants") in the above-captioned action came on for hearing on November 30, 2007, at 10:00 a.m. in Courtroom 8 of the above-entitled Court, the Honorable Charles R. Breyer presiding. Hale & Associates appeared on behalf of plaintiffs David J. Lee and Daniel R. Lloyd ("Plaintiffs") and Stephen J. Newman of Stroock & Stroock & Lavan LLP appeared on behalf of Defendants.

After consideration of the evidence, pleadings, briefs and oral argument presented, as well as all other matters presented to the Court, and good cause having been shown:

**IT IS HEREBY ORDERED** that:

The Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure is **GRANTED** in its entirety and the Complaint is **DISMISSED** in its entirety and without leave to amend.

**IT IS SO ORDERED.**

Dated: _____

THE HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

- 1 -
[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

LA 51006790v1