**Matthew S. Hale, Esq.**
**HALE & ASSOCIATES**
**Calif. State Bar No. 136690**
**45 Rivermont Drive**
**Newport News, VA 23601**

**Mailing Address:**
**P.O. Box 1951**
**Newport News, VA 23601**

**Telephone No. (757) 596-1143**
**E-Mail: matthale@verizon.net**

**Attorney for Plaintiffs, DAVID J. LEE and**
**DANIEL R. LLOYD**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID J. LEE, and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,** ) <br> ) <br> ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> **vs.** ) <br> ) <br> ) <br> **AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation,  and DOES 1, through 100, inclusive,** ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> **Defendants.** ) | **Case No.: C-07-4765 CRB** <br><br> **STIPULATION AND [PROPOSED] ORDER FOR ENLARGEMENT OF PAGE LIMITS FOR BRIEFING ON PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

1

**David Lee, et al. vs. American Express Travel Related Services, Inc., et al.**

**STIPULATION**

Plaintiffs David J. Lee and Daniel R. Lloyd ("Plaintiffs") and Defendant, American Express Travel Related Services Company, Inc. ("Defendant"), through their respective counsel of record, hereby stipulate as follows:

WHEREAS, pursuant to this Court's Standing Order, memorandum of points and authorities, other than for summary judgment, may exceed 15 pages in length, subject to permission from the Court to file a longer memorandum;

WHEREAS, on October 25, 2007, Defendants American Express Travel Related Services Company, Inc. filed its Motion to Dismiss Plaintiffs' Complaint which contains numerous and involved grounds and, itself, exceeded 15 pages in length;

WHEREAS, Plaintiffs find it necessary, in order to fully respond to Defendants' motion to dismiss, to present an opposition not exceeding 5 additional pages of text, Plaintiffs and Defendants seek leave of Court to exceed by five (5) pages the above referenced page limitations relative to their respective Opposition to Defendants' motions to dismiss.

IT IS HEREBY STIPULATED between Plaintiffs and Defendant, by and through their counsel, Plaintiff shall be permitted to file a memorandum of points and authorities in Opposition to Defendants' Motion to Dismiss not exceeding twenty (20) pages in length. The parties also request that Defendant be permitted, retroactively, to exceed by one (1) page, the page limitations specified in the Court's Standing Order relative to the Defendants' Motion to Dismiss the Plaintiffs' Complaint.

1

**David Lee, et al. vs. American Express Travel Related Services, Inc., et al.**

1

Dated:  November 6, 2007

HALE & ASSOCIATES
MATTHEW S. HALE

2

3

4

By:                 /S/
                Matthew S. Hale

5

6

Attorney for Plaintiffs
    DAVID J. LEE and DANIEL R. LLOYD

7

8

Dated:  November 6, 2007

STROOCK & STROOCK & LAVAN LLP

JULIA B. STRICKLAND
STEPHEN J. NEWMAN

9

10

11

By:                 /S/
                Stephen J. Newman

12

13

Attorneys for Defendants
    AMERICAN EXPRESS TRAVEL
    RELATED SERVICES COMPANY, INC.,
    AMERICAN EXPRESS CENTURION
    BANK and AMERICAN EXPRESS BANK
    F.S.B.

14

15

16

17

18

**IT IS SO ORDERED.**

19

20

21

By: _____

22

       The Honorable
       Charles R. Breyer
       U.S. District Court Judge

23

24

25

26

Dated:  November ___, 2007

27

San Francisco, California

28

2

**David Lee, et al. vs. American Express Travel Related Services, Inc., et al.**