Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiffs, DAVID J. LEE and
DANIEL R. LLOYD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation, and DOES 1, through 100, inclusive,<br><br>Defendants. | Case No.: C-07-4765 CRB<br><br>**OPPOSITION OF PLAINTIFFS TO DEFENDANT AMERICAN EXPRESS BANK F.S.B.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>DATE:    November 30, 2007<br>TIME:    10.00 a.m.<br>PLACE:  Courtroom 8<br>             19th Floor<br>             450 Golden Gate Ave.<br>             San Francisco, Calf. 94102 |

1

David Lee, et al. vs. American Express Travel Related Services, Inc., et al.
Opposition Of Plaintiffs to Defendant American Express Bank F.S.B.'S Motion to Dismiss Plaintiffs' Complaint

Plaintiffs, by their undersigned attorney, hereby oppose the Motion of Defendant American Express Bank, FSB to Dismiss Plaintiffs' Complaint on the bases that: (a) Plaintiffs' complaint is not preempted by the Home Owners Loan Act, 12 U.S.C. § 1462, And/Or 12 C.F.R. § 560.2(b)(9); and, (2) the Unfair Competition Law (California Bus. & Prof. Code §§ 17200 et <u>seq.</u>), the California Consumer Legal Remedies Act (California Civil Code §§ 1750 <u>et seq.</u>, or the common law in the context of Plaintiffs' Complaint have, at most, only an incidental effect on Defendant's lending operation.

The Court is respectfully referred to the accompanying memorandum of points and authorities in support of this Opposition.

Dated: November 9, 2007

Respectfully submitted,



Matthew S. Hale
Attorney for Plaintiffs
David J. Lee and Daniel R. Lloyd

<u>David Lee, et al. vs. American Express Travel Related Services, Inc., et al.</u>
Opposition Of Plaintiffs to Defendant American Express Bank F.S.B.'S Motion to Dismiss Plaintiffs' Complaint