Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiffs, DAVID J. LEE and
DANIEL R. LLOYD

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation, and DOES 1, through 100, inclusive, <br><br> Defendants. | Case No.: C-07-4765 CRB <br><br> OPPOSITION OF PLAINTIFFS TO DEFENDANTS AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY INC. AND AMERICAN EXPRESS CENTURION BANK'S MOTION TO DISMISS THE PLAINTIFFS' COMPLAINT <br><br> DATE: November 30, 2007 <br> TIME: 10.00 a.m. <br> PLACE: Courtroom 8 <br> 19th Floor <br> 450 Golden Gate Ave. <br> San Francisco, Calf. 94102 |

1

David Lee, et al. vs. American Express Travel Related Services, Inc., et al.
Opposition of Plaintiffs to Defendants' Motion to Dismiss the Plaintiffs' Complaint

Plaintiffs, by their undersigned attorney, hereby oppose the Defendants' Motion to Dismiss Plaintiffs' Complaint on the bases that: (a) Plaintiffs have standing to maintain the action and its various causes of action; (2) Plaintiffs' claims concerning their charge, credit, gift, and dining cards fall within the coverage of the Consumer Legal Remedies Act (Cal. Civil Code §§ 1750 et seq.; (3) the Complaint meets the specificity requirements of Fed.R.Civ.P. 9(b); and (4) Plaintiff Daniel Lloyd's causes of action are not barred by the relevant statute of limitations.

The Court is respectfully referred to the accompanying memorandum of points and authorities in support of this Opposition.

Dated: November 9, 2007

Respectfully submitted,

_____
Matthew S. Hale
Attorney for Plaintiffs
David J. Lee and Daniel R. Lloyd

2