**Matthew S. Hale, Esq.**
**HALE & ASSOCIATES**
**Calif. State Bar No. 136690**
**45 Rivermont Drive**
**Newport News, VA 23601**

**Mailing Address:**
**P.O. Box 1951**
**Newport News, VA 23601**

**Telephone No. (757) 596-1143**
**E-Mail: matthale@verizon.net**

**Attorney for Plaintiffs, DAVID J. LEE and**
**DANIEL R. LLOYD**

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID J. LEE, and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,**<br><br>             **Plaintiffs,**<br><br>    vs.<br><br>**AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation,  and DOES 1, through 100, inclusive,**<br><br>             **Defendants.** | Case No.: C-07-4765 CRB<br><br>**PLAINTIFFS' PROPOSED [ORDER] RE: DEFENDANT AMERICAN EXPRESS BANK F.S.B.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, PURSUANT TO FED.R.CIV.P. 12(b)(6)** |

1

The motion of Defendant, American Express Bank F.S.B., came on for hearing before this Court Friday, November 30, 2007. Matthew Hale, Esq. appeared on behalf of Plaintiffs David J. Lee, and Daniel R. Lloyd. Stephen J. Newman appeared on behalf of Defendant American Express Bank F.S.B.

After considering the written submissions and the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that the Defendant's Motion is DENIED. The Court rules as follows:

1. Plaintiffs' Complaint is not preempted by the Home Owners Loan Act (HOLA), 12 U.S.C. §§ 1462 et seq. and/or 12 C.F.R. § 560.2(b)(9);

2. The California Unfair Competition Law ("UCL"), California Bus. & Prof. Code §§ 17200 et seq., the California Consumer Legal Remedies Act ("CLRA"), California Civil Code § 1750 et seq., and common law in the context of plaintiffs' complaint have, at most, only an incidental effect on Defendants' credit operation

DATED:     November ___, 2007

By: _____
    Honorable Charles R. Breyer
    U.S. District Court Judge

2

**David Lee, et al. vs. American Express Travel Related Services, Inc., et al.**
**Plaintiffs' Proposed [Order] Re: Defendant American Express Bank F.S.B.'S Motion to Dismiss Plaintiffs' Complaint, Pursuant to Fed.R.Civ.P. 12(B)(6)**