Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiffs, DAVID J. LEE and DANIEL R. LLOYD

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation, and DOES 1, through 100, inclusive,<br><br>Defendants. | Case No.: C-07-4765 CRB<br><br>PLAINTIFFS' PROPOSED [ORDER] RE: DEFENDANTS AMERICAN EXPRESS BANK TRAVEL RELATED SERVICES COMPANY, INC., AND AMERICAN EXPRESS CENTURION BANK'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT, PURSUANT TO FED.R.CIV.P. 12(b)(6) |

1

**David Lee, et al. vs. American Express Travel Related Services, Inc., et al.**
Plaintiffs' Proposed [Order] Re: Defendants American Express Bank Travel Related Services Company, Inc., and American Express Centurion Bank's Motion to Dismiss Plaintiffs' Complaint, Pursuant to Fed.R.Civ.P. 12(B)(6)

The motion of Defendants, American Express Travel Related Services Company, Inc., and American Express Centurion Bank, came on for hearing before this Court Friday, November 30, 2007. Matthew Hale, Esq. appeared on behalf of Plaintiffs David J. Lee, and Daniel R. Lloyd. Stephen J. Newman appeared on behalf of Defendants, American Express Travel Related Services Company, Inc., and American Express Centurion Bank

After considering the written submissions and the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that the Defendants' Motion is DENIED. The Court rules as follows:

1. Plaintiffs have standing to maintain the action and its various causes of action;
2. Plaintiffs' claims concerning their charge, credit, gift, and dining cards fall within the coverage of the California Consumer Legal Remedies Act ("CLRA"), California Civil Code § 1750 et seq.;
3. The Complaint meets the specificity requirements of Fed.R.Civ.P. 9(b);
4. No causes of action are barred by the relevant statute of limitations as to Plaintiffs' claims.

DATED:     November ___, 2007

By: _____
Honorable Charles R. Breyer
U.S. District Court Judge

2

**David Lee, et al. vs. American Express Travel Related Services, Inc., et al.**
**Plaintiffs' Proposed [Order] Re: Defendants American Express Bank Travel Related Services Company, Inc., and American Express Centurion Bank's Motion to Dismiss Plaintiffs' Complaint, Pursuant to Fed.R.Civ.P. 12(B)(6)**