1  **Matthew S. Hale, Esq.**
   **HALE & ASSOCIATES**
2  **Calif. State Bar No. 136690**
   **45 Rivermont Drive**
3  **Newport News, VA 23601**

4  **Mailing Address:**
   **P.O. Box 1951**
5  **Newport News, VA 23601**

6  **Telephone No. (757) 596-1143**
   **E-Mail: matthale@verizon.net**
7
   **Attorney for Plaintiff DAVID J. LEE**
8

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID J. LEE, and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,** | **Case No.: C-07-4765 - CRB** |
| **Plaintiffs,** | **PROOF OF SERVICE RE: SERVICE OF COURT'S STANDING ORDER** |
| **vs.** | |
| **AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation, and DOES 1, through 100, inclusive,** | |

1

**David J. Lee, et al. v. American Express Travel Related Services Co., Inc., et al.**
**Proof of Service Re: Service of Court's Standing Order**

1  On Wednesday, October 31, 2007, I served defense counsel, Stephen J. Newman, via e-mail and pursuant to stipulation, with a copy of the Court's June 30, 2004, Standing Order.

I declare that the foregoing is true and correct, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

Dated: November 14, 2007                                Respectfully submitted,


                                                         By: _____/S/_____
                                                              Matthew S. Hale, Esq.
                                                              Counsel for Plaintiffs

**David J. Lee, et al. v. American Express Travel Related Services Co., Inc., et al.**
**Proof of Service Re: Service of Court's Standing Order**