**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 30, 2007**

**C-07-04765** CRB

**DAVID J. LEE** v. **AMERICAN EXPRESS TRAVEL RELATED SERVICES**

Attorneys:    Matthew Hale                    American Express Travel

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Connie Kuhl**

**PROCEEDINGS:**                                              **RULING:**

1. D's Motion to Dismiss                                       Granted

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:   Plntf ___   Deft ___   Court ___

( ) Referred to Magistrate Judge For: 

( ) CASE CONTINUED TO _____   for _____

Discovery Cut-Off _____          Expert Discovery Cut-Off _____

Plntf to Name Experts by _____   Deft to Name Experts by _____

P/T Conference Date _____ Trial Date _____ Set for ___ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: