1  **Matthew S. Hale, Esq.**
   **HALE & ASSOCIATES**
2  **Calif. State Bar No. 136690**
   **45 Rivermont Drive**
3  **Newport News, VA 23601**

4  **Mailing Address:**
   **P.O. Box 1951**
5  **Newport News, VA 23601**

6  **Telephone No. (757) 596-1143**
   **E-Mail: matthale@verizon.net**
7
   **Attorney for Plaintiffs, DAVID J. LEE and**
8  **DANIEL R. LLOYD**

9                    **UNITED STATES DISTRICT COURT**

10                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAVID J. LEE, and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,** | **Case No.: C-07-4765 CRB** |
| **Plaintiffs,** | **NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEAL FOR THE NINTH CIRCUIT** |
| vs. | |
| **AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation, and DOES 1, through 100, inclusive,** | **[REPRESENTATION STATEMENT AND CIVIL APPEALS DOCKETING STATEMENT, FILED CONCURRENTLY]** |
| **Defendants.** | |

**David J. Lee et al. v. American Express Travel Related Services, Inc., et al.,**
**Plaintiffs/Appellant's Notice of Appeal**

DAVID J. LEE and DANIEL R. LLOYD the Plaintiffs/Appellants herein, appeal to the United States Court of Appeals for the Ninth Circuit from the final judgment of the District Court, entered in this case on December 6, 2007 (Docketed as No. 35 on December 6, 2007) granting the Defendants' motion to dismiss the Plaintiffs' complaint.

There are no related cases in connection with this appeal.

Dated: December 28, 2007                    Respectfully submitted,

/s/
_____
Matthew S. Hale, Counsel
For Plaintiffs/Appellants

**David J. Lee et al. v. American Express Travel Related Services, Inc., et al.,**
**Plaintiffs/Appellant's Notice of Appeal**

# PROOF OF SERVICE

I am employed in the City of Newport News, Virginia. I am over the age of eighteen (18) and not a party to the within action; my business address is P.O. Box 1951, Newport News, VA 23601.

On Friday, December 28, 2007, I caused to be served by Federal Express overnight courier the foregoing documents: (1) Notice of Appeal to the United States Court of Appeal for the Ninth Circuit, (2) Representation Statement, and (3) Civil Appeals Docketing Statement.

The foregoing documents were served on:

**Julia B. Strickland**
**Stroock & Stroock & Lavan, L.L.P.**
**2029 Century Park East**
**Los Angeles, CA 90067-3086**
**(310) 556-5806**
**jstrickland@stroock.com.**

I declare under penalty of perjury, penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 28th day of December 2007 in Newport News, Virginia.

/s/
_____
Matthew S. Hale, Esq.

**David J. Lee et al. v. American Express Travel Related Services, Inc., et al.,**
**Plaintiffs/Appellant's Notice of Appeal**