Matthew S. Hale, Esq.
HALE & ASSOCIATES
Calif. State Bar No. 136690
45 Rivermont Drive
Newport News, VA 23601

Mailing Address:
P.O. Box 1951
Newport News, VA 23601

Telephone No. (757) 596-1143
E-Mail: matthale@verizon.net

Attorney for Plaintiffs, DAVID J. LEE and DANIEL R. LLOYD

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID J. LEE, and DANIEL R. LLOYD, as individuals and, on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC., a New York corporation, AMERICAN EXPRESS CENTURION BANK, a Utah corporation, AMERICAN EXPRESS BANK, FSB, a Utah corporation, and DOES 1, through 100, inclusive,<br><br>Defendants. | Case No.: C-07-4765 CRB<br><br>REPRESENTATION STATEMENT<br><br><br>[NOTICE OF APPEAL, AND CIVIL APPEALS DOCKETING STATEMENT, FILED CONCURRENTLY] |

The undersigned represents David J. Lee and Daniel R. Lloyd, Plaintiffs/Appellants in this matter, and no other parties. Attached is a service list that shows all of the parties to the action below, and identifies their counsel by name, firm, addresses, and telephone number, where appropriate. (F.R.A.P. 12(b); Circuit Rule 3-2(b).)

Dated: December 28, 2007                                  Respectfully submitted,


                                                                  /s/
                                                          _____
                                                          Matthew S. Hale, Counsel
                                                          For Plaintiffs/ Appellants

# Service List

Plaintiffs/Appellants David J. Lee and Daniel R. Lloyd, are represented by attorney Matthew S. Hale of the Hale & Associates. Mr. Hale's mailing address is P.O. Box 1951, Newport News, Virginia 23601. The physical address of Mr. Hale's office is 45 Rivermont Drive, Newport News, Virginia, 23601. His telephone number is (757) 596-1143. His e-mail address is matthale@verizon.net.

Defendants, Appellees, American Express Travel Related Services, Inc., American Express Centurion Bank, and American Express Bank, FSB are represented by attorney Julia B. Strickland of the law firm of Stroock & Stroock & Lavan, L.L.P., whose offices are located at 2029 Century Park East Los Angeles, CA 90067-3086. Ms. Strickland's telephone number is (310) 556-5806, and her e-mail address is jstrickland@stroock.com.

# PROOF OF SERVICE

I am employed in the City of Newport News, Virginia. I am over the age of eighteen (18) and not a party to the within action; my business address is P.O. Box 1951, Newport News, VA 23601.

On Friday, December 28, 2007, I caused to be served by Federal Express overnight courier the foregoing documents: (1) Notice of Appeal to the United States Court of Appeal for the Ninth Circuit, (2) Representation Statement, and (3) Civil Appeals Docketing Statement.

The foregoing documents were served on:

**Julia B. Strickland**
**Stroock & Stroock & Lavan, L.L.P.**
**2029 Century Park East**
**Los Angeles, CA 90067-3086**
**(310) 556-5806**
**jstrickland@stroock.com.**

I declare under penalty of perjury, penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on the 28th day of December 2007 in Newport News, Virginia.

/s/
_____
Matthew S. Hale, Esq.

**David J. Lee et al. v. American Express Travel Related Services, Inc., et al.,**
**Plaintiffs/Appellant's Representation Statement**